**Appeal Dismissed and Memorandum Opinion filed December 28, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00659-CV

### GIANNI VANNI LOPEZ, Appellant

### V.

### ALIYAH ROLLE, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, AND TURO INCORPORATED, Appellees

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2022-51735**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 11, 2023, dismissing all claims appellant Gianni Vanni Lopez raised against appellees Aliyah Rolle and Turo Incorporated. The order did not dismiss any claims against appellee Progressive County Mutual Insurance Company, and the record does not indicate that those claims have otherwise been resolved. Accordingly, the judgment is interlocutory

rather than final, and it is accordingly not appealable.[1]  *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) ("A judgment that finally disposes of all remaining parties and claims, based on the record in the case, is final, regardless of its language."); *McLernon v. Dynegy, Inc.*, 347 S.W.3d 315, 322 (Tex. App.— Houston [14th Dist.] 2011, no pet.) (acknowledging that a judgment awarding relief must incorporate "language ordering recovery of a sum certain" in order to be a final judgment).  The appealed-from judgment also lacks any apparent basis for being immediately appealable.  *See CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011) (acknowledging the general rule that "interlocutory orders are not immediately appealable").

On December 8, 2023, the parties were informed the appeal was subject to dismissal without further notice for want of jurisdiction unless any party demonstrated by December 18, 2023 that this court had jurisdiction.  *See* Tex. R. App. P. 42.3(a).  No party filed a response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.

---

[1] The record contains an order signed August 28, 2023, that appears to reinstate claims appellant raised on behalf of Gianluca Vanni against Rolle and Turo, as opposed to those claims appellant raised on her own behalf.  At the least, the August 28, 2023 order provides further indication that the August 11, 2023 judgment is not final.